CERTIFIED COPY OF RESOLUTION OF THE MANAGERS OF DORADO PUTT PR, LLC
AUTHORIZING THE FILING OF A PETITION FOR REORGANIZATION UNDER CHAPTER 11 OF
THE BANKRUPTCY CODE

RESOLVED: Whereas the corporation is unable to meet its obligations as they mature; and

Whereas, creditors are threatening suit and have threatened to undertake steps to obtain possession of the corporation's assets; and

Whereas, it is apparent that the continuation of the affairs of the corporation without the protection of the Bankruptcy Court could result in the corporation's demise. Now therefore,

Be it resolved that a Petition in Proceedings for Reorganization under Chapter 11 of the Bankruptcy Code be filed by the corporation and that FRANK T. GADAMS is hereby appointed as Manager of the corporation, and is hereby authorized to execute on behalf of the corporation and for it all the necessary documents for the filing of a Petition for Reorganization under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That pursuant to 11 U.S.C. §1107, the corporation shall exercise the rights and powers set forth therein, subject to the provisions thereof and unless the United States Bankruptcy Court for the District of Puerto Rico provides or orders otherwise, the corporation will continue to operate its business and manage its affairs, as provided in 11 U.S.C. §1108.

That Alexis Fuentes Hernández, Esq., of Fuentes Law Offices, LLC, be retained to act as counsel for the corporation in such reorganization proceedings or any other proceeding under the Bankruptcy Code.

The undersigned hereby certify that they are the only Members/Managers of DORADO PUTT PR, LLC and that the above is a true and correct copy of a resolution adopted by the Managers of said corporation at a duly constituted meeting held on the 28th day of October, 2025, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

CORPORATE RESOLUTION

In witness hereof, we have here to set our hands this 28th day of October 2025.

_____
Frank T. Gadams (Oct 28, 2025 12:20:27 EDT)
FRANK T. GADAMS (as Trustee of the Frank T. Gadams Puerto Rico Revocable Trust

_____
Katherine W. Gadams (Oct 28, 2025 12:31:19 EDT)
KATHERINE W. GADAMS (as Trustee of the Katherine W. Gadams Puerto Rico Revocable Trust